Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

e.Digital Corporation     v.    Research in Motion Limited, et al.

No. 14-1236

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [x] As counsel for:     e.Digital Corporation
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[x] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Anton N. Handal, Esq.
Law firm: Handal & Associates
Address: 1200 Third Avenue Suite 1321
City, State and ZIP: San Diego, CA 92101
Telephone: (619)544-6400
Fax #: (619)696-0323
E-mail address: anh@handal-law.com

Statement to be completed by counsel only (select one):

[x] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/2/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [x] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/16/2014                         /s/Anton N. Handal
Date                              Signature of pro se or counsel

cc: _____

123

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## E.DIGITAL CORPORATION V.
## RESEARCH IN MOTION LIMITED (DBA BLACKBERRY), ET AL.

## CASE NUMBER: 14-1236

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the following document was caused to be served on the attorneys of record a the following address as indicated on January 16, 2014 via electronic mail and regular mail:

1.   Entry of Appearance for Anton N. Handal  (Amended)

| VIA EMAIL AND REGULAR MAIL | |
|---|---|
| fmarino@mwe.com<br>Fabio E. Marino, Esq.<br>jhom@mwe.com<br>Judith S.H. Hom, Esq.<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Tel: (650) 815-7605 Fax: (650) 815-7401 | Attorneys and Counsel of Record for Defendants/Appellees:<br><br>Research In Motion Limited dba BlackBerry; Research In Motion Corporation dba BlackBerry |

I declare that I am a member of the bar of this Court. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of January, 2014 in San Diego, California.

**HANDAL & ASSOCIATES**

Dated: January 16, 2014

By:  /s/Anton N. Handal
Anton N. Handal & Associates
Handal & Associates
1200 Third Avenue Suite 1321
San Diego, CA 92101
Tele: (619)544-6400
Fax: (619)696-0323
Email: anh@handal-law.com

Attorneys for Appellant
e.Digital Corporation